UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC.,<br><br>                Plaintiff,<br><br>    -against-<br><br>KPLER HOLDING SA,<br><br>                Defendant. | C.A. No. _____ |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

**WHEREAS**, on February 11, 2025, Defendant Kpler Holding SA ("Kpler") filed a Motion to Seal Exhibit B to its Notice of Removal on the basis that these materials contained confidential and commercially sensitive information;

**WHEREAS**, Kpler has provided an unredacted copy of Exhibit B and moved, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, for Exhibit B to be sealed.

**IT IS HEREBY ORDERED** that Exhibit B to the Notice of Removal be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within 7 days.

Dated: _____

SO ORDERED

                                      _____
                                      DISTRICT JUDGE