# Exhibit C

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC.,<br><br>                  Plaintiff,<br><br>-against-<br><br>KPLER HOLDING SA,<br><br>                  Defendant. | C.A. No. 2025-0143-JTL |

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that Defendant Kpler Holding SA ("Kpler") has removed this action to the United States District Court for the District of Delaware. On February 11, 2025, Kpler filed a Notice of Removal in that Court, a copy of which (excluding exhibits to that Notice of Removal) is attached hereto as Exhibit 1.

Kpler respectfully requests that this Court proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

-2-

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Rudolf Koch*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com

Dated:  February 11, 2025

*Attorneys for Defendant Kpler Holding SA*