## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on February 11, 2025, a true and correct copy of the foregoing was caused to be served on the following counsel via electronic mail:

| | |
|---|---|
| Jonathan K. Youngwood<br>Meredith Karp<br>Jacob Lundqvist<br>Nora C. Hood<br>SIMPSON THACHER &<br>BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>meredith.karp@stblaw.com<br>jacob.lundqvist@stblaw.com<br>nora.hood@stblaw.com | Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>FAEGRE DRINKER<br>BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com |

                                                                            */s/ Jason J. Rawnsley*
                                                                            Jason J. Rawnsley (#5379)