UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC.,<br><br>      Plaintiff,<br><br>  -against-<br><br>KPLER HOLDING SA,<br><br>      Defendant. | C.A. No. __25-cv-168__ |

**ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

  **WHEREAS**, on February 11, 2025, Defendant Kpler Holding SA ("Kpler") filed a Motion to Seal Exhibit B to its Notice of Removal on the basis that these materials contained confidential and commercially sensitive information;

  **WHEREAS**, Kpler has provided an unredacted copy of Exhibit B and moved, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, for Exhibit B to be sealed.

  **IT IS HEREBY ORDERED** that Exhibit B to the Notice of Removal be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within 7 days.

Dated: February 12, 2025

SO ORDERED

                                              /s/ Richard G. Andrews
                                           DISTRICT JUDGE