# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | C.A. No. 25-cv-00168 |

## NOTICE OF PENDING MATTERS REQUIRING JUDICIAL ATTENTION
## FILED PURSUANT TO LOCAL RULE 81.2

Pursuant to Local Rule 81.2, Plaintiff Spire Global, Inc. respectfully notifies the Court that the following emergency motion was pending in the Court of Chancery of the State of Delaware as of the removal of this action:

- Plaintiff Spire Global, Inc.'s Motion for Expedited Proceedings, filed on February 10, 2025 and attached hereto as Exhibit A.[1]

---

[1] Plaintiff's Motion was not included with Defendant's February 11, 2025 Notice of Removal. *See* ECF No. 2.

Dated: February 12, 2025

|  |  |
|---|---|
| | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | |
| | */s/ Oderah C. Nwaeze* |
| OF COUNSEL: | Oderah C. Nwaeze (#5697) |
| **SIMPSON THACHER & BARTLETT LLP** | Angela Lam (#6431) |
| Jonathan K. Youngwood (*pro hac vice* forthcoming) | 222 Delaware Avenue, Suite 1410 |
| Meredith Karp (*pro hac vice* forthcoming) | Wilmington, DE 19801 |
| Jacob Lundqvist (*pro hac vice* forthcoming) | (302) 467-4200 |
| Nora C. Hood (*pro hac vice* forthcoming) | oderah.nwaeze@faegredrinker.com |
| 425 Lexington Avenue | angela.lam@faegredrinker.com |
| New York, NY 10017 | |
| | *Attorneys for Plaintiff* |