IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | C.A. No. 25-cv-00168 |

### ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

WHEREAS, on February 12, 2025, Plaintiff Spire Global, Inc. ("Spire") filed a Motion to Seal Exhibit A to its Notice of Pending Matters Requiring Judicial Attention on the basis that the Exhibit contained nonpublic, commercially sensitive, and confidential information;

WHEREAS, Spire has provided an unredacted copy of Exhibit A and moved, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, for Exhibit A to be sealed.

IT IS HEREBY ORDERED that Exhibit A to the Notice of Pending Matters Requiring Judicial Attention be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within seven days.

Dated: February 13, 2025

/s/ Richard G. Andrews
U.S. District Judge