IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KPLER HOLDING SA, <br><br> Defendant. | C.A. No. 1:25-cv-00168-UNA |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF KAITLAND KENNELLY

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Kaitland Kennelly of Cooley LLP to represent Defendant Kpler Holding SA in this matter.

        RICHARDS, LAYTON & FINGER P.A.

        By: */s/ Jason J. Rawnsley*
        Rudolf Koch (#4947)
        Jason J. Rawnsley (#5379)
        Matthew D. Perri (#6066)
        920 N. King Street
        Wilmington, DE 19801
        (302) 651-7700
        koch@rlf.com
        rawnsley@rlf.com
        perri@rlf.com

Dated: February 14, 2025        *Attorneys for Defendant Kpler Holding SA*

## **ORDER GRANTING MOTION**

   IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Kaitland Kennelly is granted.

DATE: _____       _____
                           UNITED STATES DISTRICT JUDGE

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

By: /s/ Kaitland Kennelly
Kaitland Kennelly
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
kkennelly@cooley.com

Dated: February 14, 2025