## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|                        |              |
| ---------------------- | ------------ |
| SPIRE GLOBAL, INC.,    |              |
| Plaintiff,             | C.A. No. 1:25-cv-00168-UNA |
| -against-              |              |
| KPLER HOLDING SA,      |              |
| Defendant.             |              |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF SARAH LIGHTDALE

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Sarah Lightdale of Cooley LLP to represent Defendant Kpler Holding SA in this matter.

RICHARDS, LAYTON & FINGER P.A.

By: _/s/ Jason J. Rawnsley_
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com

Dated:  February 14, 2025            *Attorneys for Defendant Kpler Holding SA*

## **<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Sarah

Lightdale is granted.

DATE: _____    _____

                                                                       UNITED STATES DISTRICT JUDGE

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

By:  */s/Sarah Lightdale*
Sarah Lightdale
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
Dated: February 14, 2025                slightdale@cooley.com

RLF1 32416049v.1