**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SPIRE GLOBAL, INC., | ) ) | |
| Plaintiff, | ) ) | C.A. No. 25-cv-168-___ |
| v. | ) ) ) | |
| KPLER HOLDING SA, | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S
<u>MOTION FOR EXPEDITED PROCEEDINGS</u>**

WHEREAS, Plaintiff Spire Global, Inc. filed a Motion for Expedited Proceedings on February 18, 2024 (the "Motion"). The Court, having reviewed the Motion and being otherwise fully informed of the premises thereof, and finding that good cause exists to grant the Motion, hereby ORDERS:

1. Plaintiff's Motion is GRANTED.

2. The parties shall prepare for a one-day trial which will be held on March __, 2025 at __:__ a.m. in _____, Delaware.

3. The parties shall confer and submit a pre-trial scheduling order on or before _____ ___, 2025.

DATED:

_____
UNITED STATES DISTRICT JUDGE