# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., | ) |
|                 Plaintiff, | ) C.A. No. 25-cv-168-GBW |
| v. | ) |
| KPLER HOLDING SA, | ) |
|                 Defendant. | ) |

## PLAINTIFF'S APPLICATION FOR ORAL ARGUMENT

Pursuant to Local Rule of Civil Practice and Procedure 7.1.4, Plaintiff Spire Global, Inc. respectfully requests oral argument on its Motion for Expedited Proceedings filed on February 18, 2025 [ECF No. 24], and respectfully proposes that, given Defendant's agreement to respond to the pending motion no later than February 25, oral argument on that Motion be held either remotely or in person on either Wednesday, February 26 or Friday, February 28, 2025. Plaintiff defers to the Court's right to manage its docket, but notes that the transaction was scheduled to close on January 24, and Plaintiff continues to suffer irreparable harm to its operations and business by virtue of Defendant's refusal to close the transaction.

| | |
|---|---|
| OF COUNSEL: | FAEGRE DRINKER BIDDLE & REATH LLP |
| Jonathan K. Youngwood<br>Meredith Karp<br>Jacob Lundqvist<br>Nora C. Hood<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 | /s/ *Oderah C. Nwaeze*<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br><br>*Attorneys for Plaintiff* |

Dated: February 20, 2025

DMS_US.369554021.1 - 2/20/2025 1:38:31 PM