IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., | ) |
| Plaintiff, | ) C.A. No. 25-cv-168-GBW |
| v. | ) |
| KPLER HOLDING SA, | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S**
**MOTION FOR EXPEDITED PROCEEDINGS**

WHEREAS, Plaintiff Spire Global, Inc. filed a Motion for Expedited Proceedings on February 18, 2024 (the "Motion"). The Court, having reviewed the Motion and being otherwise fully informed of the premises thereof, and finding that good cause exists to grant the Motion, hereby ORDERS:

1. Plaintiff's Motion is GRANTED.

2. The parties shall prepare for a one-day trial which will be held on March 4, 2025 at 11:00 a.m. in Courtroom 6B.

3. The parties shall confer and submit a joint proposed pre-trial scheduling order on or before February 25, 2025.

DATED: February 20, 2025

_____
UNITED STATES DISTRICT JUDGE