IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., *Plaintiff*, v. KPLER HOLDING SA, *Defendant*. | No. 1:25-cv-00168-GBW |

**[PROPOSED] ORDER GRANTING KPLER
HOLDING SA'S MOTION FOR RECONSDIERATION**

WHEREAS, defendant Kpler Holding SA ("Kpler") having moved to reconsider the Order Granting Plaintiff's Motion for Expedited Proceedings (the "Trial Order," D.I. 34), and good cause having been shown for the relief sought,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Trial Order is VACATED. Kpler shall file its opposition to Plaintiff's Motion for Expedited Proceedings, D.I. 24, by February 25, 2025.

_____
THE HON. GREGORY B. WILLIAMS
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE