**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KPLER HOLDING SA, <br><br> Defendant. | C.A. No. 1:25-cv-00168-GBW |

**[PROPOSED] ORDER GRANTING KPLER**
**HOLDING SA'S MOTION TO SEAL**

WHEREAS, defendant Kpler Holding SA ("Kpler") having filed a Motion to Seal Exhibits A and B to its Motion for Reconsideration, and good cause having been shown for the relief sought,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. Exhibits A and B to Kpler's Motion for Reconsideration shall be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within 7 days.

_____
THE HON. GREGORY B. WILLIAMS
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE