# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br>                 Plaintiff, <br>     v. <br> KPLER HOLDING SA, <br>                 Defendant. | C.A. No. 25-CV-168-GBW |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

WHEREAS, on February 21, 2025, Plaintiff Spire Global, Inc. ("Spire") filed a Motion to Seal Plaintiff's Opposition to Defendant's Motion for Reconsideration (the "Opposition") on the basis that the Opposition contained nonpublic, commercially sensitive, and confidential information;

WHEREAS, Spire has provided an unredacted copy of the Opposition and moved, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, for the Opposition to be sealed;

IT IS HEREBY ORDERED that the Opposition be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within seven days.

Dated: February __, 2025

 

                                                      The Honorable Gregory B. Williams
                                                             U.S. District Judge