# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SPIRE GLOBAL, INC.,

              Plaintiff,

-against-

KPLER HOLDING SA,

              Defendant.

C.A. No. 1:25-cv-00168-GBW

## **ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Kyle H. Lachmund of Richards, Layton and Finger, P.A., enters his appearance as counsel on behalf of Defendant Kpler Holding SA in the above-captioned matter.

RICHARDS, LAYTON & FINGER P.A.

By: */s/ Kyle H. Lachmund*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
Kyle H. Lachmund (#6842)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com
lachmund@rlf.com

Dated:  February 21, 2025

*Attorneys for Defendant Kpler Holding SA*