# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KPLER HOLDING SA, <br><br> Defendant. | C.A. No. 1:25-cv-00168-GBW |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF ADEBOLA O. M. OLOFIN

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Adebola O. M. Olofin of Wachtell, Lipton, Rosen & Katz to represent Defendant Kpler Holding SA in this matter.

RICHARDS, LAYTON & FINGER, P.A.

By: */s/ Jason J. Rawnsley*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com

Dated: February 21, 2025

*Attorneys for Defendant Kpler Holding SA*

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Adebola O. M. Olofin is GRANTED.

DATE: _____  _____
                                                                                                   UNITED STATES DISTRICT JUDGE

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

By: */s/ Adebola O. M. Olofin*
Adebola O. M. Olofin
Wachtell, Lipton, Rosen &Katz
51 West 52nd Street
New York, NY  10019
(212) 403-1095
aomolofin@wlrk.com

Dated: February 21, 2025