# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KPLER HOLDING SA, <br><br> *Defendant.* | No. 1:25-cv-00168-GBW |

## MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

Defendant Kpler Holding SA ("Kpler") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of the Motion, Kpler states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A motion hearing is currently scheduled for February 26, 2025 in Courtroom 6B before Judge Gregory B. Williams.

3. The following persons who intend to appear at the hearing require access to their electronic devices, but do not have bar identification card or meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Steven A. Cohen, counsel to Kpler

- Kevin S. Schwartz, counsel to Kpler

- Graham W. Meli, counsel to Kpler

4. Kpler respectfully requests that the Court issue an order, in the form attached hereto, to exempt the above persons from the District of Delaware's May 17, 2024 Standing Order.

OF COUNSEL:

**WACHTELL, LIPTON, ROSEN & KATZ**
Graham W. Meli (*pro hac vice*)
Kevin S. Schwartz (*pro hac vice*)
Adebola O.M. Olofin (*pro hac vice*)
Joseph S. Tobin (*pro hac vice*)
Todd S. Gilman (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
(212) 403-1000
gwmeli@wlrk.com
ksschwartz@wlrk.com
aomolofin@wlrk.com
jstobin@wlrk.com
tsgilman@wlrk.com

**COOLEY LLP**
Sarah Lightdale (*pro hac vice*)
Philip Bowman (*pro hac vice*)
Kaitland Kennelly (*pro hac vice*)
55 Hudson Yards
New York, NY 10001
(212) 479-6000
slightdale@cooley.com
pbowman@cooley.com
kkennelly@cooley.com

Dated: February 25, 2025

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Jason J. Rawnsley*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
Kyle H. Lachmund (#6842)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com
lachmund@rlf.com

*Attorneys for Defendant Kpler Holding SA*