THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., *Plaintiff*, v. KPLER HOLDING SA, *Defendant.* | No. 1:25-cv-00168-GBW |

**[PROPOSED] ORDER GRANTING PLAINTIFF KPLER HOLDING SA'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered defendant Kpler Holding SA's ("Kpler") Motion for Exemption of Persons From The District Of Delaware's May 17, 2024 Standing Order On Personal Devices For Courtroom Technology Setup and Trial (the "Motion"),

IT IS SO ORDERED this _____ day of _____, 2025 that:

1. The Motion is GRANTED;

2. For purposes of the February 26, 2025 hearing in this case, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Steven A. Cohen, counsel to Kpler
- Kevin S. Schwartz, counsel to Kpler
- Graham W. Meli, counsel to Kpler

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

Dated: February _____, 2025

                                                      The Honorable Gregory B. Williams
United States District Judge