# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., )<br>　　　　　Plaintiff, )<br>　　v. )<br>KPLER HOLDING SA, )<br>　　　　　Defendant. ) | C.A. No. 25-CV-168-GBW |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

WHEREAS, on February 25, 2025, Plaintiff Spire Global, Inc. ("Spire") filed a Motion to Seal Plaintiff's Reply Brief in Further Support of its Motion for Expedited Proceedings (the "Reply") and Exhibit 1 to the Reply ("Exhibit 1") on the basis that the Reply and Exhibit 1 contained nonpublic, commercially sensitive, and confidential information;

WHEREAS, Spire has provided an unredacted copy of the Reply and Exhibit 1 and moved, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, for the Reply and Exhibit 1 to be sealed;

IT IS HEREBY ORDERED that the Reply and Exhibit 1 be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within seven days.

Dated: February __, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Gregory B. Williams
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge