# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., *Plaintiff*, v. KPLER HOLDING SA, *Defendant*. | No. 1:25-cv-00168-GBW |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Steven J. Fineman of Richards, Layton and Finger, P.A., enters his appearance as counsel on behalf of Defendant Kpler Holding SA in the above-captioned matter.

**RICHARDS, LAYTON & FINGER P.A.**

By: /s/ *Jason J. Rawnsley*
Steven J. Fineman (#4025)
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
Kyle H. Lachmund (#6842)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com
lachmund@rlf.com

Dated: February 25, 2025

*Attorneys for Defendant Kpler Holding SA*