IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br>    Plaintiff, <br> v. <br> KPLER HOLDING SA, <br>    Defendant. | ) <br> ) <br> ) C.A. No. 25-CV-168-GBW <br> ) <br> ) <br> ) |

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL**

WHEREAS, on February 25, 2025, Plaintiff Spire Global, Inc. ("Spire") filed a Motion to Seal Plaintiff's Reply Brief in Further Support of its Motion for Expedited Proceedings (the "Reply") and Exhibit 1 to the Reply ("Exhibit 1") on the basis that the Reply and Exhibit 1 contained nonpublic, commercially sensitive, and confidential information;

WHEREAS, Spire has provided an unredacted copy of the Reply and Exhibit 1 and moved, pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, for the Reply and Exhibit 1 to be sealed;

IT IS HEREBY ORDERED that the Reply and Exhibit 1 be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within seven days.

Dated: February 27, 2025

                 _____
                 The Honorable Gregory B. Williams
                 U.S. District Judge