# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CONFIDENTIALITY AGREEMENT

I acknowledge that I have read and understand the Protective Order dated March ___, 2025, and agree to abide by its terms and conditions. I fully understand that violation of the terms of that Protective Order by me or anyone acting under my directions may subject me to penalties. I hereby submit to the jurisdiction of the above Court with respect to the enforcement of this Confidentiality Agreement and the Protective Order.

Dated: _____

_____
Signature

_____
Print Name

_____
Company

_____
Title