IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | C.A. No. 1:25-cv-00168-GBW |

**[PROPOSED] ORDER GRANTING KPLER
HOLDING SA'S MOTION TO SEAL**

WHEREAS, defendant Kpler Holding SA ("Kpler") having filed a Motion to File Under Seal Defendant's Answer to the Complaint, and good cause having been shown for the relief sought,

NOW, THEREFORE, IT IS HEREBY ORDERED this \_\_11th\_\_ day of March, 2025, that the Motion to Seal is GRANTED. Defendant's Answer to the Complaint shall be sealed pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule of Civil Practice and Procedure 5.1.3, and subject to the submission of a redacted version pursuant to the Court's Administrative Procedures Governing Filing and Service by Electronic means within seven (7) days of this Order.

_____
THE HON. GREGORY B. WILLIAMS
DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE