# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., *Plaintiff*, v. KPLER HOLDING SA, *Defendant*. | No. 1:25-cv-00168-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 14, 2025, true and correct copies of (i) *Defendant Kpler Holding SA's First Set of Interrogatories to Plaintiff (Nos. 1-5)*, (ii) *Defendant Kpler Holding SA's Requests for Admission*, and (iii) *Defendant's First Set of Requests for Production of Documents to Plaintiff* were served on the following counsel via electronic mail:

Jonathan K. Youngwood
Meredith Karp
Jacob Lundqvist
Nora C. Hood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
meredith.karp@stblaw.com
jacob.lundqvist@stblaw.com
nora.hood@stblaw.com

Oderah C. Nwaeze (#5697)
Angela Lam (#6431)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
oderah.nwaeze@faegredrinker.com
angela.lam@faegredrinker.com

| | |
|---|---|
| OF COUNSEL:<br><br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>Graham W. Meli (*pro hac vice*)<br>Kevin S. Schwartz (*pro hac vice*)<br>Adebola O. M. Olofin (*pro hac vice*)<br>Joseph S. Tobin (*pro hac vice*)<br>Todd S. Gilman (*pro hac vice*)<br>51 West 52 Street<br>New York, NY 10019<br>(212) 403-1000<br>gwmeli@wlrk.com<br>kschwartz@wlrk.com<br>aomolofin@wlrk.com<br>jstobin@wlrk.com<br>tsgilman@wlrk.com<br><br>**COOLEY LLP**<br>Sarah Lightdale (*pro hac vice*)<br>Philip Bowman (*pro hac vice*)<br>Kaitland Kennelly (*pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>(212) 479-6000<br>slightdale@cooley.com<br>pbowman@cooley.com<br>kkennelly@cooley.com<br><br>Dated: March 14, 2025 | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Jason J. Rawnsley*<br>Rudolf Koch (#4947)<br>Jason J. Rawnsley (#5379)<br>Matthew D. Perri (#6066)<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>koch@rlf.com<br>rawnsley@rlf.com<br>perri@rlf.com<br><br>*Attorneys for Defendant Kpler Holding SA* |