# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., )<br>            Plaintiff, )<br>                          )<br>v.                           )<br>KPLER HOLDING SA, )<br>            Defendant. ) | C.A. No. 25-CV-168-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 14, 2025, true and correct copies of: (i) Plaintiff's First Set of Interrogatories to Defendant; (ii) Plaintiff's First Set of Requests for Admission to Defendant; and (iii) Plaintiff's Second Set of Requests for Production of Documents to Defendant were served on the following counsel via electronic mail:

Graham W. Meli
Kevin S. Schwartz
Adebola O. M. Olofin
Joseph S. Tobin
Todd S. Gilman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, NY 10019
(212) 403-1000
gwmeli@wlrk.com
kschwartz@wlrk.com
aomolofin@wlrk.com
jstobin@wlrk.com
tsgilman@wlrk.com

Steven J. Fineman (#4025)
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
Kyle H. Lachmund (#6842)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
fineman@rlf.com
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com
lachmund@rlf.com

Sarah Lightdale
Philip Bowman
Kaitland Kennelly
COOLEY LLP
55 Hudson Yards
New York, New York 10001
(212) 479-6000
slightdale@cooley.com
pbowman@cooley.com
kkennelly@cooley.com

DMS_US.370026850.1

| | |
|---|---|
| OF COUNSEL: | FAEGRE DRINKER BIDDLE & REATH LLP |
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood<br>Meredith Karp<br>Jacob Lundqvist<br>Nora C. Hood<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 | /s/ Angela Lam<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br><br>*Attorneys for Plaintiff* |

Dated: March 14, 2025