# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:25-cv-00168-GBW |
| | ) |
| KPLER HOLDING SA,, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO SERVE THIRD-PARTY SUBPOENAS TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45

PLEASE TAKE NOTICE that, on or after March 17, 2025, the undersigned will serve a Subpoena to Produce Documents, Information, or Objects pursuant to Federal Rule of Civil Procedure 45 on the following:

1. L3Harris Technologies, Inc.

OF COUNSEL:

WACHTELL, LIPTON, ROSEN & KATZ
Graham W. Meli (pro hac vice)
Kevin S. Schwartz (pro hac vice)
Adebola O. M. Olofin (pro hac vice)
Joseph S. Tobin (pro hac vice)
Julia M. Bruce (pro hac vice forthcoming)
Todd S. Gilman (pro hac vice)
51 West 52 Street
New York, NY 10019
(212) 403-1000
gwmeli@wlrk.com
kschwartz@wlrk.com
aomolofin@wlrk.com
jstobin@wlrk.com
jmbruce@wlrk.com
tsgilman@wlrk.com

POTTER ANDERSON & CORROON LLP

By: */s/ Tyler E. Cragg*
Nicole K. Pedi (#6236)
Tyler E. Cragg (#6398)
Hercules Plaza – 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801
(302) 984-6000 – Telephone
npedi@potteranderson.com
tcragg@potteranderson.com

*Attorneys for Defendant Kpler Holding SA*

COOLEY LLP
Sarah Lightdale (pro hac vice)
Philip Bowman (pro hac vice)
Kaitland Kennelly (pro hac vice)
55 Hudson Yards
New York, New York  10001
(212) 479-6000
slightdale@cooley.com
pbowman@cooley.com
kkennelly@cooley.com

Dated: March 17, 2025