IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Spire Global, Inc., *Plaintiff,* v. Kpler Holding SA, *Defendant.* | Civil Action No. 25-168-GBW |

**NOTICE OF INTENT TO SERVE THIRD-PARTY SUBPOENAS TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

**PLEASE TAKE NOTICE** that, on or after March 17, 2025, the undersigned will serve Subpoenas to Produce Documents, Information, or Objects pursuant to Federal Rule of Civil Procedure 45 on the following:

1. Evercore Inc.
2. Faegre Drinker Biddle & Reath LLP
3. Freshfields LLP
4. Van Bael & Bellis

| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| **WACHTELL, LIPTON, ROSEN & KATZ** | */s/ Jason J. Rawnsley* |
| Graham W. Meli (*pro hac vice*) | Rudolf Koch (#4947) |
| Kevin S. Schwartz (*pro hac vice*) | Jason J. Rawnsley (#5379) |
| Adebola O. M. Olofin (*pro hac vice*) | Matthew D. Perri (#6066) |
| Joseph S. Tobin (*pro hac vice*) | 920 North King Street |
| Julia M. Bruce (*pro hac vice* forthcoming) | Wilmington, Delaware 19801 |
| Todd S. Gilman (*pro hac vice*) | (302) 651-7700 |
| 51 West 52 Street | koch@rlf.com |
| New York, NY 10019 | rawnsley@rlf.com |
| (212) 403-1000 | perri@rlf.com |
| gwmeli@wlrk.com | |
| kschwartz@wlrk.com | *Attorneys for Defendant Kpler Holding SA* |

1

aomolofin@wlrk.com
jstobin@wlrk.com
jmbruce@wlrk.com
tsgilman@wlrk.com

**COOLEY LLP**
Sarah Lightdale (*pro hac vice*)
Philip Bowman (*pro hac vice*)
Kaitland Kennelly (*pro hac vice*)
55 Hudson Yards
New York, New York  10001
(212) 479-6000
slightdale@cooley.com
pbowman@cooley.com
kkennelly@cooley.com

Dated: March 17, 2025