**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SPIRE GLOBAL, INC., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-CV-168-GBW |
| | ) |
| KPLER HOLDING SA, | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF INTENT TO SERVE THIRD-PARTY SUBPOENA TO PRODUCE
DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45**

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the undersigned will serve a Subpoena to Produce Documents, Information or Objects upon the following non-party on or after March 17, 2025:

1. Slaughter and May

OF COUNSEL:

**SIMPSON THACHER &
BARTLETT LLP**
Jonathan K. Youngwood (*pro hac vice*)
Meredith Karp (*pro hac vice*)
Jacob Lundqvist (*pro hac vice*)
Nora C. Hood (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017

**FAEGRE DRINKER
BIDDLE & REATH LLP**

*/s/ Oderah C. Nwaeze*
Oderah C. Nwaeze (#5697)
Angela Lam (#6431)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
oderah.nwaeze@faegredrinker.com
angela.lam@faegredrinker.com

*Attorneys for Plaintiff*

Dated: March 17, 2025