# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br>     Plaintiff, <br>  v. <br> KPLER HOLDING SA, <br>     Defendant. | ) <br> ) <br> )   C.A. No. 25-CV-168-GBW <br> ) <br> ) <br> ) |

### NOTICE OF INTENT TO SERVE SUBPOENA FOR PRODUCTION OF DOCUMENTS, INFORMATION, OR OBJECTS DIRECTED TO NON-PARTY

PLEASE TAKE NOTICE THAT, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the undersigned will serve a Subpoena to Produce Documents, Information or Objects upon the following non-party on or after March 17, 2025:

1. L3Harris Technologies, Inc.

| | |
|---|---|
| OF COUNSEL: | **FAEGRE DRINKER** <br> **BIDDLE & REATH LLP** |
| **SIMPSON THACHER &** <br> **BARTLETT LLP** <br> Jonathan K. Youngwood (*pro hac vice*) <br> Meredith Karp (*pro hac vice*) <br> Jacob Lundqvist (*pro hac vice*) <br> Nora C. Hood (*pro hac vice*) <br> 425 Lexington Avenue <br> New York, NY 10017 | */s/ Oderah C. Nwaeze* <br> Oderah C. Nwaeze (#5697) <br> Angela Lam (#6431) <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> (302) 467-4200 <br> oderah.nwaeze@faegredrinker.com <br> angela.lam@faegredrinker.com <br> <br> *Attorneys for Plaintiff* |

Dated: March 17, 2025