AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| SPIRE GLOBAL, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:25-cv-00168-GBW |
| KPLER HOLDING SA, | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                     Faegre Drinker Biddle & Reath LLP
                222 Delaware Avenue, Suite 1410, Wilmington, DE 19801

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A, attached.

| Place: Richards, Layton & Finger, P.A.<br>One Rodney Square, 920 North King Street<br>Wilmington, DE 19801 | Date and Time:<br><br>04/18/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:        03/17/2025

|  *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | /s/ Graham W. Meli |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Kpler Holding SA
_____ , who issues or requests this subpoena, are:

Graham W. Meli, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019, GWMeli@WLRK.com, (212) 403-1000

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    1:25-CV-00168-GBW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* FAEGRE DRINKER BIDDLE & REATH LLP

on *(date)* 03/17/2025

☒ I served the subpoena by delivering a copy to the named person as follows: FAEGRE DRINKER BIDDLE & REATH LLP

AT 222 DELAWARE AVENUE, SUITE 1410, WILMINGTON, DE 19801

ACCEPTED: JULIE SCHWARTZ (AUTHORIZED PERSON)    on *(date)*    03/17/2025    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  03/17/2025

_____
*Server's signature*

GILBERT DEL VALLE        PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc.:

SERVED SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A;