IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC.,<br><br>      Plaintiff,<br><br>-against-<br><br>KPLER HOLDING SA,<br><br>      Defendant. | C.A. No. 1:25-cv-00168-GBW |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JULIA M. BRUCE

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Julia M. Bruce of Wachtell, Lipton, Rosen & Katz to represent the defendant, Kpler Holding SA, in this matter.

OF COUNSEL:

**WACHTELL, LIPTON, ROSEN & KATZ**
Graham W. Meli (*pro hac vice*)
Kevin S. Schwartz (*pro hac vice*)
Adebola O. M. Olofin (*pro hac vice*)
Joseph S. Tobin (*pro hac vice*)
Todd S. Gilman (*pro hac vice*)
51 West 52 Street
New York, NY 10019
(212) 403-1000
gwmeli@wlrk.com
kschwartz@wlrk.com
aomolofin@wlrk.com
jstobin@wlrk.com
tsgilman@wlrk.com

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Jason J. Rawnsley*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com

*Attorneys for Defendant Kpler Holding SA*

**COOLEY LLP**
Sarah Lightdale (*pro hac vice*)
Philip Bowman (*pro hac vice*)
Kaitland Kennelly (*pro hac vice*)
55 Hudson Yards
New York, New York  10001
(212) 479-6000
slightdale@cooley.com
pbowman@cooley.com
kkennelly@cooley.com

Dated: March 18, 2025

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with the Standing Order for District Court Fund effective January 1, 2024, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 18, 2025

*/s/ Julia M. Bruce*
Julia M. Bruce
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019
(212) 403-1000
JMBruce@wlrk.com

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Julia M. Bruce is granted.

DATE: _____      _____
                                                                           UNITED STATES DISTRICT JUDGE