# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC.,          ) | |
|                              ) | |
|       Plaintiff,        ) | C.A. No. 25-168-GBW |
|                              ) | |
| v.                              ) | |
|                              ) | |
| KPLER HOLDING SA,     ) | |
|                              ) | |
|       Defendant.    ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Philip Bowman, Sarah Lightdale, and Kaitland Kennelly of Cooley LLP hereby withdraw their appearances as counsel for the defendant, Kpler Holding SA. Defendant will continue to be represented by Wachtell, Lipton, Rosen & Katz and Richards, Layton & Finger, P.A.

| | |
|---|---|
| OF COUNSEL: | RICHARDS, LAYTON & FINGER, P.A. |
| | */s/ Jason J. Rawnsley* |
| WACHTELL, LIPTON, ROSEN & KATZ | Rudolf Koch (#4947) |
| Graham W. Meli (*pro hac vice*) | Jason J. Rawnsley (#5379) |
| Kevin S. Schwartz (*pro hac vice*) | Matthew D. Perri (#6066) |
| Adebola O.M. Olofin (*pro hac vice*) | Kyle H. Lachmund (#6842) |
| Joseph S. Tobin (*pro hac vice*) | 920 North King Street |
| Julia M. Bruce (*pro hac vice*) | Wilmington, Delaware 19801 |
| Todd S. Gilman (*pro hac vice*) | (302) 651-7700 |
| 51 West 52 Street | koch@rlf.com |
| New York, NY 10019 | rawnsley@rlf.com |
| (212) 403-1000 | perri@rlf.com |
| gwmeli@wlrk.com | lachmund@rlf.com |
| ksschwartz@wlrk.com | |
| aomolofin@wlrk.com | *Attorneys for Defendant Kpler Holding SA* |
| jstobin@wlrk.com | |
| jmbruce@wlrk.com | |
| tsgilman@wlrk.com | |

Dated: March 21, 2025