# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 25-CV-168-GBW <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 21, 2025, true and correct copies of: (i) Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories; (ii) Verification of Kelly Loughery to Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories; (iii) Plaintiff's Responses and Objections to Defendant's Requests for Admission; and (iv) Plaintiff's Responses and Objections to Defendant's First Requests for Production were served on the following counsel via electronic mail:

Graham W. Meli
Kevin S. Schwartz
Adebola O. M. Olofin
Joseph S. Tobin
Todd S. Gilman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52 Street
New York, NY 10019
(212) 403-1000
gwmeli@wlrk.com
kschwartz@wlrk.com
aomolofin@wlrk.com
jstobin@wlrk.com
tsgilman@wlrk.com

Steven J. Fineman (#4025)
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
Kyle H. Lachmund (#6842)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
fineman@rlf.com
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com
lachmund@rlf.com

| | |
|---|---|
| OF COUNSEL: | FAEGRE DRINKER BIDDLE & REATH LLP |
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood<br>Meredith Karp<br>Jacob Lundqvist<br>Nora C. Hood<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 | /s/ Angela Lam<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br><br>*Attorneys for Plaintiff* |

Dated: March 21, 2025