# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., )<br>                Plaintiff, )<br>                        )<br>      v.                    )<br>                        )<br>KPLER HOLDING SA, )<br>               Defendant. ) | C.A. No. 25-CV-168-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 25, 2025, true and correct copies of: (i) Plaintiff's Second Set of Interrogatories to Defendant; and (ii) Plaintiff's Third Set of Requests for Production of Documents to Defendant were served on the following counsel via electronic mail:

| | |
|---|---|
| Graham W. Meli<br>Kevin S. Schwartz<br>Adebola O. M. Olofin<br>Joseph S. Tobin<br>Todd S. Gilman<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52 Street<br>New York, NY 10019<br>(212) 403-1000<br>gwmeli@wlrk.com<br>kschwartz@wlrk.com<br>aomolofin@wlrk.com<br>jstobin@wlrk.com<br>tsgilman@wlrk.com | Steven J. Fineman (#4025)<br>Rudolf Koch (#4947)<br>Jason J. Rawnsley (#5379)<br>Matthew D. Perri (#6066)<br>Kyle H. Lachmund (#6842)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>fineman@rlf.com<br>koch@rlf.com<br>rawnsley@rlf.com<br>perri@rlf.com<br>lachmund@rlf.com |

| | |
|---|---|
| OF COUNSEL: | FAEGRE DRINKER BIDDLE & REATH LLP |
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood<br>Meredith Karp<br>Jacob Lundqvist<br>Nora C. Hood<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 | /s/ *Angela Lam*<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br><br>*Attorneys for Plaintiff* |

Dated: March 25, 2025