# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 25-168-GBW |
| ) | |
| v. ) | |
| ) | |
| KPLER HOLDING SA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Joseph S. Tobin of Wachtell, Lipton, Rosen & Katz hereby withdraws his appearance as counsel for the defendant, Kpler Holding SA. Defendant will continue to be represented by Wachtell, Lipton, Rosen & Katz and Richards, Layton & Finger, P.A.

OF COUNSEL:

WACHTELL, LIPTON, ROSEN & KATZ
Graham W. Meli (*pro hac vice*)
Kevin S. Schwartz (*pro hac vice*)
Adebola O.M. Olofin (*pro hac vice*)
Julia M. Bruce (*pro hac vice*)
Todd S. Gilman (*pro hac vice*)
51 West 52 Street
New York, NY 10019
(212) 403-1000
gwmeli@wlrk.com
ksschwartz@wlrk.com
aomolofin@wlrk.com
jmbruce@wlrk.com
tsgilman@wlrk.com

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Jason J. Rawnsley*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
Kyle H. Lachmund (#6842)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com
lachmund@rlf.com

*Attorneys for Defendant Kpler Holding SA*

Dated: March 27, 2025