# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KPLER HOLDING SA,<br><br>　　　　　　　Defendant. | C.A. No. 1:25-cv-00168-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 1, 2025, true and correct copies of (i) *Defendant Kpler Holding SA's Responses and Objections to Plaintiff's Third Set of Requests for Production of Documents*, and (ii) *Defendant Kpler Holding SA's Responses and Objections to Plaintiff's Second Set of Interrogatories to Defendant* were served on the following counsel via electronic mail:

Jonathan K. Youngwood
Meredith Karp
Jacob Lundqvist
Nora C. Hood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017
(212) 455-2000
jyoungwood@stblaw.com
meredith.karp@stblaw.com
jacob.lundqvist@stblaw.com
nora.hood@stblaw.com

Oderah C. Nwaeze (#5697)
Angela Lam (#6431)
FAEGRE DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 467-4200
oderah.nwaeze@faegredrinker.com
angela.lam@faegredrinker.com

OF COUNSEL:

**WACHTELL, LIPTON, ROSEN & KATZ**
Graham W. Meli (*pro hac vice*)
Kevin S. Schwartz (*pro hac vice*)
Adebola O. M. Olofin (*pro hac vice*)
Julia M. Bruce (*pro hac vice*)
Todd S. Gilman (*pro hac vice*)
51 West 52 Street
New York, NY 10019
(212) 403-1000
gwmeli@wlrk.com
kschwartz@wlrk.com
aomolofin@wlrk.com
jmbruce@wlrk.com
tsgilman@wlrk.com

Dated: April 1, 2025

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Jason J. Rawnsley*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Matthew D. Perri (#6066)
Kyle H. Lachmund (#6842)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
perri@rlf.com
lachmund@rlf.com

*Attorneys for Defendant Kpler Holding SA*