# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 25-CV-168-GBW <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 1, 2025, true and correct copies of: (i) Plaintiff's Responses and Objections to Defendant's Second Set of Requests for Production of Documents; and (ii) Plaintiff's Responses and Objections to Defendants' Second Set of Interrogatories were served on the following counsel via electronic mail:

| | |
|---|---|
| Graham W. Meli <br> Kevin S. Schwartz <br> Adebola O. M. Olofin <br> Todd S. Gilman <br> WACHTELL, LIPTON, ROSEN & KATZ <br> 51 West 52 Street <br> New York, NY 10019 <br> (212) 403-1000 <br> gwmeli@wlrk.com <br> kschwartz@wlrk.com <br> aomolofin@wlrk.com <br> tsgilman@wlrk.com | Steven J. Fineman (#4025) <br> Rudolf Koch (#4947) <br> Jason J. Rawnsley (#5379) <br> Matthew D. Perri (#6066) <br> Kyle H. Lachmund (#6842) <br> RICHARDS, LAYTON & FINGER, P.A. <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> (302) 651-7700 <br> fineman@rlf.com <br> koch@rlf.com <br> rawnsley@rlf.com <br> perri@rlf.com <br> lachmund@rlf.com |

| | |
|---|---|
| OF COUNSEL: | FAEGRE DRINKER BIDDLE & REATH LLP |
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood<br>Meredith Karp<br>Jacob Lundqvist<br>Nora C. Hood<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 | */s/ Angela Lam*<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br><br>*Attorneys for Plaintiff* |

Dated:  April 1, 2025