## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | C.A. No. 1:25-cv-00168-GBW |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 2, 2025, true and correct copies of Defendant Kpler Holding SA's (i) *Notice of Deposition of Kelly Loughery Pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1)*, (ii) *Notice of Deposition of Peter Platzer Pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1)*, (iii) *Notice of Deposition of Stephen Messer Pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1)*, (iv) *Notice of Deposition of Theresa Condor Pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1)*, and (v) *Notice of Deposition of Thomas Krywe Pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1)* were served on the following counsel via electronic mail:

| | |
|---|---|
| Jonathan K. Youngwood <br> Meredith Karp <br> Jacob Lundqvist <br> Nora C. Hood <br> SIMPSON THACHER & BARTLETT LLP <br> 425 Lexington Avenue <br> New York, NY 10017 <br> (212) 455-2000 <br> jyoungwood@stblaw.com <br> meredith.karp@stblaw.com <br> jacob.lundqvist@stblaw.com <br> nora.hood@stblaw.com | Oderah C. Nwaeze (#5697) <br> Angela Lam (#6431) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> (302) 467-4200 <br> oderah.nwaeze@faegredrinker.com <br> angela.lam@faegredrinker.com |

| | |
|---|---|
| OF COUNSEL:<br><br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>Graham W. Meli (*pro hac vice*)<br>Kevin S. Schwartz (*pro hac vice*)<br>Adebola O. M. Olofin (*pro hac vice*)<br>Julia M. Bruce (*pro hac vice*)<br>Todd S. Gilman (*pro hac vice*)<br>51 West 52 Street<br>New York, NY  10019<br>(212) 403-1000<br>gwmeli@wlrk.com<br>kschwartz@wlrk.com<br>aomolofin@wlrk.com<br>jmbruce@wlrk.com<br>tsgilman@wlrk.com<br><br>Dated: April 3, 2025 | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Jason J. Rawnsley*<br>Rudolf Koch (#4947)<br>Jason J. Rawnsley (#5379)<br>Matthew D. Perri (#6066)<br>Kyle H. Lachmund (#6842)<br>920 North King Street<br>Wilmington, Delaware  19801<br>(302) 651-7700<br>koch@rlf.com<br>rawnsley@rlf.com<br>perri@rlf.com<br>lachmund@rlf.com<br><br>*Attorneys for Defendant Kpler Holding SA* |