# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 25-168-GBW <br> ) <br> ) <br> ) |

**STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER**

WHEREAS, a Scheduling Order was entered in this case on February 26, 2025 (D.I. 55);

WHEREAS, the parties have conferred and have agreed, subject to the Order of the Court, that the deadline for amending or supplementing the pleadings or joining other parties (D.I. 55 at ¶ 2) shall be extended to April 30, 2025. The parties agree that this extension shall not otherwise impact or prejudice the parties' rights and obligations under the Court's existing Scheduling Order.

| **FAEGRE DRINKER BIDDLE & REATH LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| */s/ Oderah C. Nwaeze* | */s/ Jason J. Rawnsley* |
| Oderah C. Nwaeze (#5697) <br> Angela Lam (#6431) <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> (302) 467-4200 <br> oderah.nwaeze@faegredrinker.com <br> angela.lam@faegredrinker.com | Jason J. Rawnsley (#5379) <br> Rudolf Koch (#4947) <br> Matthew D. Perri (#6066) <br> Kyle H. Lachmund (#6842) <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> koch@rlf.com <br> rawnsley@rlf.com <br> perri@rlf.com <br> lachmund@rlf.com |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| **SIMPSON THACHER & BARTLETT LLP** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| Jonathan K. Youngwood (*pro hac vice*) | Graham W. Meli (*pro hac vice*) |
| Meredith Karp (*pro hac vice*) | Kevin S. Schwartz (*pro hac vice*) |
| Jacob Lundqvist (*pro hac vice*) | Adebola O.M. Olofin (*pro hac vice*) |
| Nora C. Hood (*pro hac vice*) | Julia M. Bruce (*pro hac vice*) |
| 425 Lexington Avenue | Todd S. Gilman (*pro hac vice*) |
| New York, NY 10017 | 51 West 52nd Street |
| | New York, NY 10019 |
| | (212) 403-1000 |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of April, 2025.

_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE