# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br>    Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 25-cv-168-GBW <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Janet A. Gochman of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, to represent Plaintiff Spire Global, Inc., in the above action.

OF COUNSEL:

Jonathan K. Youngwood
Meredith Karp
Janet A. Gochman
Jacob Lundqvist
Nora C. Hood
SIMPSON THACHER &
BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Dated: April 15, 2025

FAEGRE DRINKER
BIDDLE & REATH LLP

 */s/ Oderah C. Nwaeze*
Oderah C. Nwaeze (#5697)
Angela Lam (#6431)
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
(302) 467-4200
oderah.nwaeze@faegredrinker.com
angela.lam@faegredrinker.com

*Attorneys for Plaintiff*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2025, counsel's Motion for Admission *Pro Hac Vice* is GRANTED.

_____
The Honorable Gregory B. Williams, U.S.D.J.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I also certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

 */s/ Janet A. Gochman*
Janet A. Gochman
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jgochman@stblaw.com

Dated: April 15, 2025