# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 25-CV-168-GBW <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 15, 2025, true and correct copies of Plaintiff Spire Global, Inc.'s: (i) Notice of Deposition of Defendant Kpler Holding SA pursuant to Fed. R. Civ. P. Rules 26 and 30(b)(6); and (ii) Notice of Deposition of Jordan Ellison pursuant to Fed. R. Civ. P. Rule 30(b)(1) were served on the following counsel of record via electronic mail.

PLEASE TAKE FURTHER NOTICE that on March 28, 2025, true and correct copies of Plaintiff Spire Global, Inc.'s: (a) Notice of Deposition of Anna Favarin pursuant to Fed. R. Civ. P. Rule 30(b)(1); (b) Notice of Deposition of David Friedman pursuant to Fed. R. Civ. P. Rule 30(b)(1); (c) Notice of Deposition of Mark Cunningham pursuant to Fed. R. Civ. P. Rule 30(b)(1); and (d) Notice of Deposition of François Cazor pursuant to Fed. R. Civ. P. Rule 30(b)(1) were served on the following counsel via electronic mail.

| | |
|---|---|
| Graham W. Meli <br> Kevin S. Schwartz <br> Adebola O. M. Olofin <br> Julie M. Bruce <br> Todd S. Gilman <br> WACHTELL, LIPTON, ROSEN & KATZ <br> 51 West 52 Street <br> New York, NY 10019 <br> (212) 403-1000 <br> gwmeli@wlrk.com <br> kschwartz@wlrk.com <br> aomolofin@wlrk.com <br> jmbruce@wlrk.com <br> tsgilman@wlrk.com | Steven J. Fineman (#4025) <br> Rudolf Koch (#4947) <br> Jason J. Rawnsley (#5379) <br> Matthew D. Perri (#6066) <br> Kyle H. Lachmund (#6842) <br> RICHARDS, LAYTON & FINGER, P.A. <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> (302) 651-7700 <br> fineman@rlf.com <br> koch@rlf.com <br> rawnsley@rlf.com <br> perri@rlf.com <br> lachmund@rlf.com |

| | |
|---|---|
| OF COUNSEL:<br><br>SIMPSON THACHER &<br>BARTLETT LLP<br>Jonathan K. Youngwood<br>Meredith Karp<br>Jacob Lundqvist<br>Nora C. Hood<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br><br>Dated:  April 15, 2025 | FAEGRE DRINKER<br>BIDDLE & REATH LLP<br><br> /s/ Angela Lam<br>Oderah C. Nwaeze (#5697)<br>Angela Lam (#6431)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>oderah.nwaeze@faegredrinker.com<br>angela.lam@faegredrinker.com<br><br>*Attorneys for Plaintiff* |