# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 25-168-GBW |
| KPLER HOLDING SA, | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE THAT, pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, Plaintiff Spire Global, Inc., will take the depositions listed below at the time, date, and location listed below. The depositions will be taken before a notary public or other person authorized to administer oaths, and shall be recorded by stenography and video.

| DEPONENT | LOCATION | DATE/TIME |
|---|---|---|
| Cooley LLP | Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017 | April 29, 2025 at 9:30 a.m. E.T. |
| L3Harris Technologies, Inc. | Faegre Drinker Biddle & Reath LLP 222 Delaware Avenue, Suite 1410 Wilmington, Delaware 19801 | April 30, 2025 at 9:30 a.m. ET |
| Jason Petrek | Hyatt Place Palm Bay 1435 Sportsman Ln NE Palm Bay, FL 32905 | April 30, 2025 at 9:30 a.m. ET |

1

Dated: April 18, 2025

OF COUNSEL:

**SIMPSON THACHER & BARTLETT LLP**
Jonathan K. Youngwood (pro hac vice)
Meredith Karp (pro hac vice)
Jacob Lundqvist (pro hac vice)
Nora C. Hood (pro hac vice)
425 Lexington Avenue
New York, NY 10017

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Oderah C. Nwaeze*

Oderah C. Nwaeze (#5697)
Angela Lam (#6431)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
oderah.nwaeze@faegredrinker.com
angela.lam@faegredrinker.com

*Attorneys for Plaintiff*