# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 25-168-GBW <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, pursuant to paragraph 3(f)(i) of the Scheduling Order (D.I. 55), the Expert Report of Professor Steven Davidoff Solomon was served upon counsel of record on April 18, 2025.

Dated: April 21, 2025

OF COUNSEL:

**SIMPSON THACHER & BARTLETT LLP**
Jonathan K. Youngwood (pro hac vice)
Meredith Karp (pro hac vice)
Jacob Lundqvist (pro hac vice)
Nora C. Hood (pro hac vice)
425 Lexington Avenue
New York, NY 10017

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Oderah C. Nwaeze*
Oderah C. Nwaeze (#5697)
Angela Lam (#6431)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
oderah.nwaeze@faegredrinker.com
angela.lam@faegredrinker.com

*Attorneys for Plaintiff*