# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SPIRE GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KPLER HOLDING SA, <br><br> Defendant. | ) <br> ) <br> ) C.A. No. 25-CV-168-GBW <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby STIPULATED AND AGREED by each of the parties that the above-captioned action shall be, and hereby is, DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **FAEGRE DRINKER** <br> **BIDDLE & REATH LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| */s/ Oderah C. Nwaeze* <br> Oderah C. Nwaeze (#5697) <br> Angela Lam (#6431) <br> 222 Delaware Avenue, Suite 1410 <br> Wilmington, DE 19801 <br> (302) 467-4200 <br> oderah.nwaeze@faegredrinker.com <br> angela.lam@faegredrinker.com | */s/ Jason J. Rawnsley* <br> Rudolf Koch (#4947) <br> Jason J. Rawnsley (#5379) <br> Matthew D. Perri (#6066) <br> Kyle H. Lachmund (#6842) <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> koch@rlf.com <br> rawnsley@rlf.com <br> perri@rlf.com <br> lachmund@rlf.com |

OF COUNSEL:

**SIMPSON THACHER & BARTLETT LLP**
Jonathan K. Youngwood (*pro hac vice*)
Meredith Karp (*pro hac vice*)
Jacob Lundqvist (*pro hac vice*)
Nora C. Hood (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017

*Attorneys for Plaintiff*

Dated: April 25, 2025

OF COUNSEL:

**WACHTELL, LIPTON, ROSEN & KATZ**
Graham W. Meli (*pro hac vice*)
Kevin S. Schwartz (*pro hac vice*)
Adebola O.M. Olofin (*pro hac vice*)
Julia M. Bruce (*pro hac vice*)
Todd S. Gilman (*pro hac vice*)
51 West 52nd Street
New York, NY 10019

*Attorneys for Defendant*